# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Bigham, John Quarnstrom, Robert Vranicar, Jim Bowman, Mike McCauley, and Matt Fairbanks as Trustees of the Sheet Metal Local #10 Control Board Trust Fund, and the Sheet Metal Local #10 Control Board Trust Fund,<br><br>Plaintiffs,<br><br>v.<br><br>Don Haught, Inc. d/b/a Clear Creek Plumbing and Heating and Clear Creek HVAC Services LLC,<br><br>Defendant. | Case No. 18-cv-1752 (WMW/TNL)<br><br>**ORDER** |

**WHEREAS**, Plaintiffs James Bigham, John Quarnstrom, Robert Vranicar, Jim Bowman, Mike McCauley, and Matt Fairbanks as Trustees of the Sheet Metal Local #10 Control Board Trust Fund, and the Sheet Metal Local #10 Control Board Trust Fund ("Plaintiffs") filed their complaint on June 26, 2018, (ECF No. 1);

**WHEREAS**, Defendant Don Haught, Inc. d/b/a Clear Creek Plumbing and Heating and Clear Creek HVAC Services LLC ("Haught") has yet to appear in this action;

**WHEREAS**, if a defendant is not served within 90 days after a complaint is filed, Federal Rule of Civil Procedure 4(m) requires that a court dismiss an action without prejudice or order that service be made within a specified time;

**WHEREAS**, on October 1, 2018, this Court ordered Plaintiffs to notify Haught and its counsel that it is required to answer or otherwise plead to the complaint, submit a stipulation for extension of time to answer or otherwise plead within 10 days of the notice, file an application of entry of default or motion for default, or notify the Court of any good cause to the contrary (ECF No. 5);

1

**WHEREAS**, on October 12, 2018, Plaintiffs requested the complaint not be dismissed and that they be permitted to effectuate service through the North Dakota and Montana Secretaries of State (ECF No. 6);

**WHEREAS**, Plaintiffs' October 12, 2018 response details extensive efforts to locate and effect service on Haught (ECF No. 6);

**WHEREAS**, under Fed. R. Civ. P. 4(m), the Court "must extend the time for service" if a "plaintiff shows good cause for the failure" to serve a defendant within the appropriate time period;

**WHEREAS**, the letter submitted by Plaintiffs indicates a sincere attempt to locate and effectuate service on Haught and that untimely service is not the result of unnecessary delay; and

**WHEREAS**, this Court concludes Plaintiffs have shown good cause to allow an extension until November 30, 2018 to effectuate service of the summons and complaint on Haught;

**THEREFORE**, for good cause shown, Plaintiffs' request for an extension of time to serve Haught (ECF No. 6) is **GRANTED**. Plaintiffs shall have until and including **November 30, 2018** to effectuate service of the summons and complaint on Haught. Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Date: October 22, 2018         *s/ Tony N. Leung*
                               Tony N. Leung
                               United States Magistrate Judge
                               District of Minnesota

                               *Bigham, et al. v. Don Haught, Inc.*
                               Case No. 18-cv-1752 (WMW/TNL)